**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7700**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

KENDRICK DAVIS,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Malcolm J. Howard, Senior District Judge. (7:15-cr-00075-H-1)

Submitted: March 30, 2017         Decided: April 4, 2017

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Kendrick Davis, Appellant Pro Se. Edward D. Gray, Jennifer P. May-Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendrick Davis pled guilty to distribution of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) (2012), and was sentenced to 151 months' imprisonment. On direct appeal, this court affirmed the judgment. United States v. Davis, 663 F. App'x 256 (4th Cir. 2016) (No. 16-4095). Davis filed a second notice of appeal of the criminal judgment. Because we have previously affirmed this criminal judgment, we dismiss the appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED